# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: O'SULLIVAN, JEFFREY WILLIAM § Case No. 14-80962 |
| O'SULLIVAN, LAURIE ANN § |
| § |
| Debtor(s) § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __STEPHEN G. BALSLEY__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/27/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:   / /                      By:     /s/ STEPHEN G. BALSLEY
                                                  Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: O'SULLIVAN, JEFFREY WILLIAM § Case No. 14-80962
      O'SULLIVAN, LAURIE ANN §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 6,200.00

*and approved disbursements of*     $ 1,260.00

*leaving a balance on hand of* [1]     $ 4,940.00

**Balance on hand:**     $ 4,940.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 4,940.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,370.00 | 0.00 | 1,370.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,881.50 | 0.00 | 1,881.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 141.12 | 0.00 | 141.12 |

Total to be paid for chapter 7 administration expenses:     $ 3,392.62
Remaining balance:     $ 1,547.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,547.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,547.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,838.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,667.03 | 0.00 | 158.60 |
| 2 | Discover Bank | 11,277.97 | 0.00 | 153.30 |
| 3 | Great Lakes Credit Union | 2,745.48 | 0.00 | 37.32 |
| 4 | CERASTES, LLC | 2,803.72 | 0.00 | 38.11 |
| 5 | Capital One Bank (USA), N.A. | 4,580.79 | 0.00 | 62.27 |
| 6 | Capital One Bank (USA), N.A. | 446.55 | 0.00 | 6.07 |
| 7 | Capital One Bank (USA), N.A. | 2,708.38 | 0.00 | 36.81 |
| 8 | Capital One Bank (USA), N.A. | 1,585.40 | 0.00 | 21.55 |
| 9 | Old Republic Insurance Company | 52,581.48 | 0.00 | 714.72 |
| 10 | Navient Solutions, Inc. | 11,190.14 | 0.00 | 152.10 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | American InfoSource LP as agent for | 6,778.69 | 0.00 | 92.14 |
| 12 | PYOD, LLC its successors and assigns as assignee | 5,472.70 | 0.00 | 74.39 |

Total to be paid for timely general unsecured claims: $ 1,547.38
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-80962-TML
Jeffrey William O'Sullivan                                      Chapter 7
Laurie Ann O'Sullivan
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Oct 07, 2014
                              Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2014.
db/jdb         +Jeffrey William O'Sullivan,   Laurie Ann O'Sullivan,   67 Edgebrook Drive,
                 Sandwich, IL 60548-1462
21711310       +AT&T Universal Card,   P.O. Box 6284,   Sioux Falls, SD 57117-6284
21711311       +Cadence Health,   P.O. Box 4090,   Carol Stream, IL 60197-4090
21711312       +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
22031413        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
21711313       +Chase,   P.O. Box 15153,   Wilmington, DE 19850-5153
21711314       +Client Services, Inc.,   3451 Harry S. Truman Boulevard,   Saint Charles, MO 63301-9816
21711316       +Fox Lake Fire Protection District,   P.O. Box 88850,   Carol Stream, IL 60188-0850
21711317       +Freedman, Anselmo, Lindberg, LLC,   1771 West Diehl Road, Suite 150,   P.O. Box 3228,
                 Naperville, IL 60566-3228
22078790        Navient Solutions, Inc.,   Department of Education Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
22062473       +Old Republic Insurance Co.,   c/o Republic Equity Credit Services, Inc,
                 307 N Michigan Ave Ste 1500,   Chicago, Illinois 60601-5405
21711319       +Old Republic Insurance Company,   133 Oakland Avenue,   PO Box 789,   Greensburg, PA 15601-0789
22062469       +Old Republic Insurance Company,   C/O Republic ECS,   307 N Michigan Ave Suite 1500,
                 Chicago, IL 60601-5405
22062498       +Old Republic Insurance Company,   c/o Republic ECS,   307 N Michigan Ave  Suite 1500,
                 Chicago, Illinois 60601-5405
21711321       +Scott McAllister,   1111 Holiday Drive,   Somonauk, IL 60552-9635
21711322       +Target,   PO Box 660170,   Dallas, TX 75266-0170
21711323       +Union Plus Credit Card,   P.O. Box 71104,   Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22084688        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 08 2014 02:09:50
                 American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
21971133       +E-mail/Text: bncmail@w-legal.com Oct 08 2014 02:04:44        CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
21711315        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2014 02:33:04        Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
21940435        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2014 02:33:04        Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21711318       +E-mail/Text: collectionsbk@glcu.org Oct 08 2014 02:04:34        Great Lakes Credit Union,
                 2525 Green Bay Road,   North Chicago, IL 60064-3082
22248800       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2014 02:08:27
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
21711320       +E-mail/PDF: pa_dc_claims@navient.com Oct 08 2014 02:09:40        Sallie Mae,   P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
21711324       +E-mail/Text: bankruptcyreports@wakeassoc.com Oct 08 2014 02:12:25        Wakefield & Associates,
                 P.O. Box 58,   830 E. Platte Avenue, Unit A,   Fort Morgan, CO 80701-3601
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22062477*      +Old Republic Insurance,   c/o Republic ECS,   307 N Michigan Ave. Suite 1500,
                 Chicago, IL 60601-5405
22062654*      +Old Republic Insurance Company,   C/O Republic ECS,   307 N Michigan Ave Suite 1500,
                 Chicago, Illinois 60601-5405
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-3          User: lorsmith              Page 2 of 2            Date Rcvd: Oct 07, 2014
                              Form ID: pdf006             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Auctioneer Terry M Firch sbalsley@bslbv.com,   IL47@ecfcbis.com
              William L. Hotopp    on behalf of Debtor Jeffrey William O'Sullivan wlhotopp@comcast.net
              William L. Hotopp    on behalf of Joint Debtor Laurie Ann O'Sullivan wlhotopp@comcast.net
                                                                                             TOTAL: 6
```