# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: O'SULLIVAN, JEFFREY WILLIAM | § | Case No. 14-80962-TML |
|      O'SULLIVAN, LAURIE ANN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $592,642.53
*(without deducting any secured claims)*

Assets Exempt: $448,642.53

Total Distribution to Claimants: $1,547.38

Claims Discharged
Without Payment: $127,506.31

Total Expenses of Administration: $4,652.62

---

3)  Total gross receipts of $ 6,200.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $144,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,652.62 | 4,652.62 | 4,652.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 119,425.48 | 113,838.33 | 113,838.33 | 1,547.38 |
| **TOTAL DISBURSEMENTS** | $263,425.48 | $118,490.95 | $118,490.95 | $6,200.00 |

4)  This case was originally filed under Chapter 7 on March 26, 2014. The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2015_____   By: /s/STEPHEN G. BALSLEY_____
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Travel trailer | 1129-000 | 6,200.00 |
| **TOTAL GROSS RECEIPTS** | | $6,200.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Scott McAllister | 4110-000 | 144,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $144,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,370.00 | 1,370.00 | 1,370.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,881.50 | 1,881.50 | 1,881.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 141.12 | 141.12 | 141.12 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Action Auctioneering | 3610-000 | N/A | 1,240.00 | 1,240.00 | 1,240.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,652.62 | $4,652.62 | $4,652.62 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 11,189.69 | 11,667.03 | 11,667.03 | 158.60 |
| 2 | Discover Bank | 7100-000 | 10,786.41 | 11,277.97 | 11,277.97 | 153.30 |
| 3 | Great Lakes Credit Union | 7100-000 | 2,692.79 | 2,745.48 | 2,745.48 | 37.32 |
| 4 | CERASTES, LLC | 7100-000 | 2,559.19 | 2,803.72 | 2,803.72 | 38.11 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 4,441.12 | 4,580.79 | 4,580.79 | 62.27 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 392.74 | 446.55 | 446.55 | 6.07 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 2,592.75 | 2,708.38 | 2,708.38 | 36.81 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 1,377.67 | 1,585.40 | 1,585.40 | 21.55 |
| 9 | Old Republic Insurance Company | 7100-000 | 52,160.61 | 52,581.48 | 52,581.48 | 714.72 |
| 10 | Navient Solutions, Inc. | 7100-000 | 10,650.00 | 11,190.14 | 11,190.14 | 152.10 |
| 11 | American InfoSource LP as agent for | 7100-000 | N/A | 6,778.69 | 6,778.69 | 92.14 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 5,367.15 | 5,472.70 | 5,472.70 | 74.39 |
| NOTFILED | Cadence Health | 7100-000 | 1,944.82 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Target | 7100-000 | 6,347.05 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,206.63 | N/A | N/A | 0.00 |
| NOTFILED | Fox Lake Fire Protection District | 7100-000 | 716.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $119,425.48 | $113,838.33 | $113,838.33 | $1,547.38 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80962-TML
**Case Name:** O'SULLIVAN, JEFFREY WILLIAM
O'SULLIVAN, LAURIE ANN
**Period Ending:** 01/22/15

**Trustee:** (330410)   STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 03/26/14 (f)
**§341(a) Meeting Date:** 05/05/14
**Claims Bar Date:** 08/13/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family residence located at 67 Edgebrook, | 144,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account # 001110028990654 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account # 001110615608002 | Unknown | 0.00 | | 0.00 | FA |
| 5 | One (1) living room set, one (1) kitchen set | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Personal clothing | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Two (2) .22 rifles, fishing rod and tackle | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Ironworkers Mid-America SMA Fund | 254,573.90 | 0.00 | | 0.00 | FA |
| 9 | Ironworkers Local 63 Defined Contribution Pensio | 172,094.60 | 0.00 | | 0.00 | FA |
| 10 | ACME Global 401(k) located at Spectrum Employee | 5,531.52 | 0.00 | | 0.00 | FA |
| 11 | Primerica account # 202196071. | 3,802.51 | 0.00 | | 0.00 | FA |
| 12 | 2006 Chevrolet Suburban | 4,200.00 | 0.00 | | 0.00 | FA |
| 13 | 2000 Harley Davidson FLTH | 5,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2003 Travel trailer | Unknown | 6,200.00 | | 6,200.00 | FA |
| 14 | **Assets**   Totals (Excluding unknown values) | **$592,642.53** | **$6,200.00** | | **$6,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      September 22, 2014

**Current Projected Date Of Final Report (TFR):**      September 22, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:**  14-80962-TML

**Case Name:**  O'SULLIVAN, JEFFREY WILLIAM

O'SULLIVAN, LAURIE ANN

**Taxpayer ID #:**  **-***6618

**Period Ending:**  01/22/15

**Trustee:**  STEPHEN G. BALSLEY (330410)

**Bank Name:**  Rabobank, N.A.

**Account:**  ******8766 - Checking Account

**Blanket Bond:**  $598,000.00  (per case limit)

**Separate Bond:**  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/14 | {14} | Action Auctioneering | Proceeds from sale of 2003 Gulf Stream trailer | 1129-000 | 6,200.00 | | 6,200.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,190.00 |
| 08/28/14 | 101 | Action Auctioneering | Auctioneer Commission pursuant to Court Order entered August 27, 2014 | 3610-000 | | 1,240.00 | 4,950.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 10/27/14 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $141.12, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 141.12 | 4,798.88 |
| 10/27/14 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% $1,881.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,881.50 | 2,917.38 |
| 10/27/14 | 104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,370.00, Trustee Compensation;  Reference: | 2100-000 | | 1,370.00 | 1,547.38 |
| 10/27/14 | 105 | Discover Bank | Dividend paid  1.35% on $11,667.03; Claim# 1; Filed: $11,667.03; Reference: | 7100-000 | | 158.60 | 1,388.78 |
| 10/27/14 | 106 | Discover Bank | Dividend paid  1.35% on $11,277.97; Claim# 2; Filed: $11,277.97; Reference: | 7100-000 | | 153.30 | 1,235.48 |
| 10/27/14 | 107 | Great Lakes Credit Union | Dividend paid  1.35% on $2,745.48; Claim# 3; Filed: $2,745.48; Reference: | 7100-000 | | 37.32 | 1,198.16 |
| 10/27/14 | 108 | CERASTES, LLC | Dividend paid  1.35% on $2,803.72; Claim# 4; Filed: $2,803.72; Reference: | 7100-000 | | 38.11 | 1,160.05 |
| 10/27/14 | 109 | Capital One Bank (USA), N.A. | Dividend paid  1.35% on $4,580.79; Claim# 5; Filed: $4,580.79; Reference: | 7100-000 | | 62.27 | 1,097.78 |
| 10/27/14 | 110 | Capital One Bank (USA), N.A. | Dividend paid  1.35% on $446.55; Claim# 6; Filed: $446.55; Reference: | 7100-000 | | 6.07 | 1,091.71 |
| 10/27/14 | 111 | Capital One Bank (USA), N.A. | Dividend paid  1.35% on $2,708.38; Claim# 7; Filed: $2,708.38; Reference: | 7100-000 | | 36.81 | 1,054.90 |
| 10/27/14 | 112 | Capital One Bank (USA), N.A. | Dividend paid  1.35% on $1,585.40; Claim# 8; Filed: $1,585.40; Reference: | 7100-000 | | 21.55 | 1,033.35 |
| 10/27/14 | 113 | Old Republic Insurance Company | Dividend paid  1.35% on $52,581.48; Claim# 9; Filed: $52,581.48; Reference: | 7100-000 | | 714.72 | 318.63 |
| 10/27/14 | 114 | Navient Solutions, Inc. | Dividend paid  1.35% on $11,190.14; Claim# 10; Filed: $11,190.14; Reference: | 7100-000 | | 152.10 | 166.53 |
| 10/27/14 | 115 | American InfoSource LP as agent for | Dividend paid  1.35% on $6,778.69; Claim# 11; Filed: $6,778.69; Reference: | 7100-000 | | 92.14 | 74.39 |
| 10/27/14 | 116 | PYOD, LLC its successors and assigns as assignee | Dividend paid  1.35% on $5,472.70; Claim# 12; Filed: $5,472.70; Reference: | 7100-000 | | 74.39 | 0.00 |

Subtotals :     $6,200.00     $6,200.00

{} Asset reference(s)

Printed: 01/22/2015 03:15 PM     V.13.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-80962-TML | |
| **Case Name:** | O'SULLIVAN, JEFFREY WILLIAM | |
| | O'SULLIVAN, LAURIE ANN | |
| **Taxpayer ID #:** | **-***6618 | |
| **Period Ending:** | 01/22/15 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8766 - Checking Account |
| **Blanket Bond:** | $598,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,200.00 | 6,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,200.00 | 6,200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,200.00 | $6,200.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8766** | 6,200.00 | 6,200.00 | 0.00 |
| | $6,200.00 | $6,200.00 | $0.00 |

{} Asset reference(s)